AARON M. CLEFTON (SBN 318680)
CLEFTON DISABILITY LAW
2601 Blanding Ave. Ste C
#336
Alameda, CA 94501
Telephone:  510/832-5001
info@cleftonlaw.com

IRAKLI KARBELASHVILI, Esq. (SBN 302971)
ALL ACCESS LAW GROUP
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142
irakli@allaccesslawgroup.com

Attorneys for Plaintiff JAMES ALGER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ALGER, <br><br> Plaintiff, <br><br> vs. <br><br> LANDMARK MARRIOTT SUITES, LLC, DBA ANAHEIM MARRIOTT SUITES; and FIRST HOSPITALITY, LLC, <br><br> Defendants | **Case No.** 25-cv-1452-DFM <br><br> **PROOF OF SERVICE** |

ALL ACCESS LAW GROUP
Irakli Karbelashvili, Esq SBN 302971
1400 Coleman Ave Ste F28
Santa Clara, CA 95050

Representing: Plaintiff                                     File No.

UNITED STATES DISTRICT COURT
Central District of California - District - Santa Ana

| | |
|---|---|
| James Alger ) | Case No. 8:25-cv-01452-DFM |
| **Plaintiff/Petitioner** ) | |
| ) | Proof of Service of: |
| vs. ) | Complaint, Civil Cover Sheet, Certification and Notice of |
| ) | Interested Parties, Summons, Notice of Assignment to a U.S. |
| Landmark Marriott Suites, LLC, et al. ) | Magistrate Judge and Declination of Consent |
| **Defendant/Respondent** ) | |
| ) | Service on: |
| ) | FIRST HOSPITALITY, LLC |
| ) | |

Hearing Date:

Hearing Time:

Div/Dept:

PROOF OF SERVICE

Order # 25861866

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>ALL ACCESS LAW GROUP<br>Irakli Karbelashvili, Esq SBN 302971<br>1400 Coleman Ave Ste F28<br>Santa Clara, CA 95050<br>TELEPHONE NO: 408-295-0137   FAX NO *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: irakli@allaccesslawgroup.com<br>ATTORNEY FOR *(Name)*: Plaintiff | FOR COURT USE ONLY |
| *Insert name of court, judicial district or branch court, if any:*<br>United States District Court<br>Central District of California - District - Santa Ana<br>411 West Fourth St<br>Santa Ana, CA  92701-4516 | |
| PLAINTIFF / PETITIONER:   James Alger<br>DEFENDANT / RESPONDENT:   Landmark Marriott Suites, LLC, et al. | CASE NUMBER:<br>8:25-cv-01452-DFM |
| **PROOF OF SERVICE** | Ref. No. or File No.:<br>13752737 (25861866) |

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
Complaint, Civil Cover Sheet, Certification and Notice of Interested Parties, Summons, Notice of Assignment to a U.S. Magistrate Judge and Declination of Consent

2. Party Served:  FIRST HOSPITALITY, LLC

3. Person Served:  CT Corporation System - Jacqueline Mejia, Intake Specialist - Person Authorized to Accept Service of Process

4. Date & Time of Delivery:  July 18, 2025 at 12:45 pm PDT

5. Address, City and State:  330 N Brand Blvd Suite 700 Glendale, CA, 91203

6. Manner of Service:  Personal Service - By personally delivering copies.

Fee for service: $50.00

Registered California process server.
Joshua May
County: Los Angeles
Registration No.: 2022270694

InfoTrack US, Inc. - P000634
1400 North McDowell Blvd Suite 300,
Petaluma, CA  94954
800-938-8815

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

_____
Joshua May

Date: July 18, 2025